In the Matter of Samuel J. Brown, Respondent, against Teachers' Retirement Board of the City of New York, Appellant.

(Argued March 2, 1934; decided March 20, 1934.)

494

*Paul Windels, Corporation Counsel (Edmund L. Palmieri* and *Paxton Blair* of counsel), for appellant.

*Jules Jacobs* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.